# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

March 1, 2017

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155261

DERRICK LEE SMITH,

      Plaintiff-Appellant,

v

E.C. BROOKS CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

SC: 155261
COA: 336022

_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the filing fee as required, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2017 _____



Clerk